## CONSENT TO JOIN

I consent to be a party plaintiff in a lawsuit against Corporate Transportation Group, Ltd. and other related entities and/or individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I designate the Kahn Opton, LLP and Outten & Golden LLP law firms to represent me and make litigation decisions on my behalf. I understand that reasonable costs expended by these law firms on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the law firms will petition the Court to award them attorney's fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of any gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____
Signature

ANJUM ALI
Print name

Address

N-PLAINFIELD NJ 07060
City, State, and Zip Code