| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **KAHN OPTON, LLP** |
| Adam T. Klein | Stephen H. Kahn |
| Michael J. Scimone | One Parker Plaza |
| Reena Arora | Fort Lee, New Jersey 07024 |
| 3 Park Avenue, 29th Floor | Telephone: (201) 947-9200 |
| New York, New York 10016 | |
| Telephone:  (212) 245-1000 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MAZHAR SALEEM and JAGJIT SINGH, individually and on behalf of all others similarly situated,

              Plaintiffs,

    v.

CORPORATE TRANSPORTATION GROUP, LTD., CORPORATE TRANSPORTATION GROUP INTERNATIONAL, CORPORATE TRANSPORTATION GROUP WORLDWIDE, INC., NYC 2 WAY INTERNATIONAL, LTD., ALLSTATE PRIVATE CAR & LIMOUSINE, INC., ARISTACAR & LIMOUSINE, LTD., TWR CAR AND LIMO, LTD., EXCELSIOR CAR AND LIMO, INC., HYBRID LIMO EXPRESS, INC., EDUARD SLININ, and GALINA SLININ,

              Defendants.

No. 12 Civ. 8450 (JMF)

### NOTICE OF MOTION TO APPROVE THE FORM AND DISTRIBUTION OF COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

    For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion to Approve the Form and Distribution of Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and in the Declaration of Michael J. Scimone and the exhibits attached thereto, Plaintiffs respectfully requests that the Court enter an Order:

    (1)    conditionally certifying this case as a collective action;

(2)     approving Plaintiffs' proposed Notice of Collective Action, attached to the Scimone declaration as Exhibit A;

(3)     ordering Defendants to produce a computer-readable data file containing all potential Opt-In Plaintiffs' names, last known mailing addresses, last known telephone numbers, last known email addresses, affiliated corporate entity, and dates of affiliation;

(4)     authorizing the issuance of Plaintiffs' proposed notice to all Potential Opt-In Plaintiffs by U.S. Mail and email with a reminder mailing to be sent 30 days from the original date of mailing; and

(5)     ordering Defendants to produce Social Security numbers to Plaintiffs' counsel for any potential Opt-In Plaintiffs whose notice is returned as undeliverable, subject to the parties' Stipulation Governing the Production and Exchange of Confidential Material, attached to the Scimone Declaration as Exhibit D.

Dated: New York, New York
April 30, 2013

Respectfully submitted,

/s/ Adam T. Klein
Adam T. Klein

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Michael J. Scimone
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**KAHN OPTON, LLP**
Stephen H. Kahn
One Parker Plaza
Fort Lee, New Jersey 07024
Telephone: (201) 947-9200

*Attorneys for Plaintiffs and*
*the Putative Class and Collective*