USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

MAZHAR SALEEM, ET AL.,                 :

                    Plaintiffs,       :            12 Civ. 8450 (JMF)

              -v-                 :            ORDER

CORPORATE TRANSPORTATION GROUP, :
LTD., ET AL.,                    :

              Defendants.     :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record at the conference held before the Court yesterday, it is hereby

ORDERED that Plaintiffs' request for a protective order limiting the scope of Defendants' discovery is

granted in part. (*See* Docket No. 77). Defendants are to direct their discovery requests to a subset of

sixteen of the twenty-eight Plaintiffs who have opted-in to this action. The parties are to confer

regarding which sixteen of these Plaintiffs will best serve as a representative sampling of the putative

Plaintiffs in this action. It is further ordered that Defendants' discovery requests are to be limited to

information related to the provision of driving services by these sixteen opt-in Plaintiffs. The parties are

to confer regarding any additional limitations to be placed on the scope of Defendants' discovery as to

these Plaintiffs and are to submit a joint letter to the Court no later than **July 19, 2013**, informing the

Court if there are any additional disputes regarding the scope of this discovery.

As stated on the record at the conference, it is further ORDERED that Defendants' third-party

subpoenas are limited in scope to information related to the provision of driving services. The parties

are directed to confer regarding any additional limitations to be placed on the scope of these subpoenas

and are to inform the Court of any outstanding disagreements in their July 19, 2013 joint letter.

Finally, Plaintiffs are to file any motion for injunctive relief no later than **July 19, 2013**. Defendants' opposition, if any, is due no later than **July 26, 2013**, and Plaintiffs' reply, if any, is due no later than **July 31, 2013**.  Unless the Court orders otherwise, the parties are to appear for an evidentiary hearing on Plaintiffs' motion on **August 7, 2013**, at **10:00 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 15, 2013
      New York, New York

_____
JESSE M. FURMAN
United States District Judge