USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAZHAR SALEEM, ET AL.,                                             :
:
                        Plaintiffs,                         :         12 Civ. 8450 (JMF)
:
        -v-                                                :         ORDER
:
CORPORATE TRANSPORTATION GROUP,                                    :
LTD., ET AL.,                                                      :
:
                        Defendants.                        :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At the evidentiary hearing scheduled to begin at **9:00 a.m.** on **August 7, 2013**, the parties should be prepared to address the scope of the injunction limiting Defendants' contact with prospective class members, in the event that the Courts grants this relief.  Specifically, the parties should be prepared to address whether any injunction should prohibit Defendants from communicating with prospective class members "about any tax or other legal issues relating to this lawsuit" –  as Plaintiffs request –  or whether the injunction should be more narrowly tailored, considering the nature of any ongoing business relationships between Defendants and prospective class members and the need for these individuals to discuss tax and other legal issues in the normal course of those relationships.

      SO ORDERED.

Dated: August 6, 2013
       New York, New York

                                                            JESSE M. FURMAN
                                                           United States District Judge