USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2013

**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
WWW.EBGLAW.COM

MARGARET THERING
TEL: 212.351.3732
FAX: 212.878.8637
MTHERING@EBGLAW.COM

August 6, 2013

> If defense counsel can make the necessary arrangements for Mr. Slinin to appear via a professional videoconferencing service that is compatible with the Court's A/V systems, the Court is prepared to hear his testimony by video. The other proposals are unacceptable.
>
> Further, the Court may not authorize counsel to bring her telephone into the courthouse. Counsel must obtain an attorney pass from the District Executive's office to do so.
>
> SO ORDERED.
>
> *[signature]*
>
> August 6, 2013

**VIA EMAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Saleem and Singh, et al. v. Corporate Transportation Group, Ltd., et al.*, No. 12 Civ. 8450

Dear Judge Furman:

    As you know, we represent defendants in the above-captioned matter. Additionally, as you know, one of our witnesses for tomorrow's hearing is on a long-planned family trip in Southern France. Per your instructions, I spoke with your courtroom deputy, Alexandra Barnes. She directed me to speak with the AV/IT department of the courthouse. I spoke to that department, and I was told that we could not connect a videoconference to a personal computer. Rather, we could only connect to a professional videoconferencing service. We are in the process of trying to find a professional videoconferencing service through which Mr. Eduard Slinin may testify tomorrow. In the event that we cannot do that, we ask permission to either bring a personal laptop or iPad into the court to connect to WiFi and use Skype or FaceTime in order for Your Honor to hear Mr. Slinin's testimony. Alternatively, we request permission for Mr. Slinin to testify telephonically without video. If Your Honor will allow testimony through a laptop or iPad, then I respectfully request that Your Honor "so order" the enclosed authorization. Additionally, I am seeking permission to bring my iPhone into the courtroom tomorrow so that I may easily communicate with Mr. Slinin and let him know when his testimony is needed. Thank you for your consideration of these matters.

Respectfully Submitted,

*[signature]*

Margaret C. Thering

FIRM:23639066v1