suppress

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAZHAR SALEEM, ET AL.,

               Plaintiffs,  :  12 Civ. 8450 (JMF)

    -v-  :  ORDER

CORPORATE TRANSPORTATION GROUP,
LTD., ET AL.,

               Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    For the reasons stated on the record in Court today, Plaintiffs' Motion for a Preliminary Injunction is DENIED.

    The Clerk of Court is directed to terminate the motion. (Docket No. 120).

    SO ORDERED.

Dated: August 13, 2013
       New York, New York

                                        _____
                                        JESSE M. FURMAN
                                        United States District Judge