USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **08/16/2013**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MAZHAR SALEEM and JAGJIT SINGH, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CORPORATE TRANSPORTATION GROUP, LTD., et al.,

    Defendants.

No. 12-cv-8450 (JMF)

**REVISED SCHEDULING ORDER**

---

JESSE M. FURMAN, United States District Judge:

The Case Management Plan and Scheduling Order ("CMP") in this case is modified as follows:

1. The deadline for defendants to oppose plaintiffs' motion for class certification is extended to September 4, 2013 (and plaintiffs' reply is due one week after defendants file their opposition).

2. The date in paragraph 6(c) of the CMP for the completion of all discovery related to liability is extended from September 16, 2013 to September 30, 2013.

3. The date in paragraph 6(e) of the CMP for the completion of summary judgment motions related to liability is extended to November 14, 2013 (within forty-five (45) days of September 30, 2013, the new deadline for the close of discovery related to liability).

4. The date in paragraph 7(c) of the CMP for the completion of depositions of fact witnesses related to liability is extended from September 16, 2013 to September 30, 2013.

5. The date in paragraph 7(d) of the CMP for the service of requests to admit is extended from September 3, 2013 to September 17, 2013.

6. The date in paragraph 10 of the CMP for counsel to meet to discuss settlement after the close of fact discovery related to liability is extended to October 14, 2013 (within fourteen (14) days following September 30, 2013, the new deadline for the close of discovery related to liability).

7. The dates in paragraph 11(c) of the CMP for counsel for the parties to recommend that

   alternate dispute resolution mechanisms be employed is extended to within fourteen (14) days of any determination of Plaintiffs' anticipated motion for class certification and within fourteen (14) days of September 30, 2013 (the new deadline for the close of fact discovery on issues of liability).

8. The date in paragraph 12 of the CMP for the submission of a Joint Pretrial Order is extended to the later of: (i) forty-five (45) days of the close of discovery related to liability; or (ii) if a dispositive motion has been filed, within thirty (30) days of a decision on such motion.

9. The pretrial conference scheduled for ~~August 15~~ September 17, 2013 in paragraph 17 will be rescheduled to October 3, 2013 (after the completion of discovery on the issue of liability), at 3:45 p.m.

10. In all other respects, the CMP remains in full force and effect (except insofar as it may have been previously modified by Order of this Court).

SO ORDERED.

*[signature]*

JESSE M. FURMAN
United States District Judge

Dated: August 16, 2013
       New York, New York

FIRM:23680510v1