UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZHAR SALEEM and JAGJIT SINGH, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CORPORATE TRANSPORTATION GROUP, LTD., CORPORATE TRANSPORTATION GROUP INTERNATIONAL, CORPORATE TRANSPORTATION GROUP WORLDWIDE, INC., NYC 2 WAY INTERNATIONAL, LTD., CTG PRIVATE CAR & LIMOUSINE, INC., ARISTACAR & LIMOUSINE, LTD., TWR CAR AND LIMO, LTD., EXCELSIOR CAR AND LIMO, INC., HYBRID LIMO EXPRESS, INC., EDUARD SLININ, and GALINA SLININ,<br><br>                Defendants. | **12 Civ. 8450 (JMF)** |

NOTICE OF MOTION FOR LEAVE TO
FILE A BRIEF AS *AMICI CURIAE* IN OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Jeffrey D. Pollack and the exhibit thereto, the accompanying declarations of Mark Malchikov and of Pavel Borisov, and all prior pleadings and proceeding in this action, amici curiae will move this Court, before the Honorable Jesse M. Furman, at the Thurgood United Stated Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for leave to file a brief amici curiae in opposition to plaintiffs' motion for summary judgment.

The proposed brief is attached as the exhibit to the accompanying declaration of Jeffrey D. Pollack.

Dated: New York, New York
September 13, 2013

**MINTZ & GOLD LLP**

 /s/ Jeffrey D. Pollack
Jeffrey D. Pollack
Kevin M. Brown
470 Park Avenue South
New York, NY 10016-6819
Tel: (212) 696-4848
pollack@mintzandgold.com
brown@mintzandgold.com
*Attorneys for Amici Curiae*