

**EPSTEIN BECKER GREEN**

Attorneys at Law

EVAN J. SPELFOGEL
T 212.351.4539
ESPELFOGEL@EBGLAW.COM

September 19, 2013

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Saleem and Singh, et al. v. Corporate Transportation Group, Ltd., et al.*, No. 12 Civ. 8450

Dear Judge Furman:

As you know, we represent Defendants in this matter. We write to clarify a misstatement in Plaintiffs' September 18, 2013 letter to the Court.

Defendants were not involved in the drafting or review of Plaintiffs' September 18, 2013 letter. Plaintiffs' statement that they "write jointly with Defendant to request a two-week extension of discovery" is inaccurate. Defendants are not jointly requesting the two-week extension of discovery.

During a September 18, 2013 teleconference with Plaintiffs, Plaintiffs stated that they would write to the Court requesting an extension of the discovery deadlines. Defendants merely informed Plaintiffs that Defendants would not object to Plaintiffs' request for an extension. While this statement remains true—Defendants do not object to Plaintiffs' request—Plaintiffs' September 18, 2013 letter was not a joint letter to the Court.

Respectfully Submitted,

Evan J. Spelfogel