```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAZHAR SALEEM, ET AL.,

                Plaintiffs,

      -v-

CORPORATE TRANSPORTATION GROUP,
LTD., ET AL,

                Defendants.
------------------------------------------------------------------X

12 Civ. 8450 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

     On September 13, 2013, Defendants filed a Declaration of Margaret C. Thering in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. (Docket No. 366). Exhibits 3, 9, 12, 16, 18, and 19 of the Declaration were filed under seal. Defendants did not file Exhibit 17, but indicated that they would do so "under seal" if requested. The parties are not authorized to file any materials under seal absent leave of the Court, however, and the Court has not granted leave in this case.

     If any party wishes for the relevant exhibits to remain under seal, that party shall submit an application to the Court, in accordance with the Court's Individual Rules and Practices in Civil Cases, explaining why sealing (or redacting, as the case may be) the exhibits is consistent with the common law and First Amendment presumptions in favor of public access to judicial documents. *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Any such application must be submitted by **October 4, 2013**. Any opposition to such an application must be submitted by **October 11, 2013**. In the absence of an appropriate application, the exhibits will be unsealed without further notice to the parties.

     SO ORDERED.

Dated: September 23, 2013
       New York, New York

                                                     _____
                                                      JESSE M. FURMAN
                                                    United States District Judge