

Attorneys at Law

Meg Thering
t  212.351.3732
f  212.878.8600
mthering@ebglaw.com

October 8, 2013

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Saleem and Singh, et al. v. Corporate Transportation Group, Ltd., et al., Civil Action No. 12-cv-8450

Dear Judge Furman:

Pursuant to Your Honor's October 7, 2013 Order, we are writing to state that we do not consent to Plaintiffs' motion to supplement the record to include further alleged evidence in support of Plaintiffs' pending motion for class certification.

Respectfully submitted,

/s Margaret Thering

Margaret C. Thering