Evan J. Spelfogel
espelfogel@ebglaw.com
Margaret C. Thering
mthering@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MAZHAR SALEEM and JAGJIT SINGH, individually : ECF CASE
and on behalf of all others similarly situated, :
: 12 CV 08450 (JMF)
Plaintiffs, :
:
- against - :
:
CORPORATE TRANSPORTATION GROUP, LTD., :
et al., :
:
Defendants. :
------------------------------------- x

**NOTICE OF MOTIONS: (i) FOR SUMMARY JUDGMENT DISMISSING PLAINTIFFS' FLSA AND NYLL CLAIMS; (ii) TO DECERTIFY THE COLLECTIVE ACTION PURSUANT TO SECTION 216(b) OF THE FLSA; (iii) TO STRIKE PLAINTIFFS JOSE PINTO, ISMAEL MAJIA, JOHN M. HIDALGO, AND NICK WIJESINGHE OR POINT TO POINT CAR AND LIMO, INC.**

**COUNSEL:**

**PLEASE TAKE NOTICE THAT,** upon Defendants' Memorandum of Law and the Declaration of Margaret C. Thering, Esq., and all other documents filed in support herewith, Defendants will move this Court before the Honorable Jesse M. Furman for an Order granting Defendants' Motions: (i) for Summary Judgment Dismissing Plaintiffs' FLSA and NYLL Claims; (ii) to Decertify the Collective Action Pursuant to Section 216(b) of the FLSA; (iii) to

Strike Plaintiffs Jose Pinto, Ismael Majia, John M. Hidalgo, and Nick Wijesinghe or Point to Point Car and Limo, Inc.

Dated: January 14, 2014

        EPSTEIN BECKER & GREEN, P.C.

         /s Margaret Thering
         Margaret C. Thering

**TO:**

Adam Klein, Esq.
Michael Scimone, Esq.
Michael Litronwik, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016

Stephen H. Kahn, Esq.
KAHAN OPTON, LLP
228 East 49th Street
New York, NY 10017