**Outten & Golden LLP**
*Advocates for Workplace Fairness*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 04/17/2014

April 17, 2014

By ECF
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Saleem v. Corporate Transportation Group, Ltd., et al.*,
             No. 12 Civ. 8450 (JMF)

Dear Judge Furman,

    We represent the Plaintiffs in the above-referenced matter. We write in response to Defendants' letter objecting to the inclusion of opt-in plaintiff Khemchand Kalika in this action. Plaintiffs do not oppose Defendants' request for the Court to strike Mr. Kalika's opt-in form as untimely.

                     Respectfully submitted,

                     */s/ Rachel Bien*
                     Rachel Bien

cc: Evan J. Spelfogel, Esq. (via ECF)
     Margaret Casey Thering, Esq. (via ECF)
     Michael Craig Schmidt, Esq. (via ECF)
     Roberta Cohen Pike, Esq. (via ECF)
     Michael J. Scimone, Esq. (via ECF)
     Michael N. Litrownik, Esq. (via ECF)
     Stephen H. Kahn, Esq. (via ECF)

Khemlhand Kalika request to opt-in to this case is hereby DENIED as untimely. The Clerk of Court shall mail a copy of this endorsed letter to the address listed by Mr. Kalika on his opt-in form. SO ORDERED.

*/s/ Jesse M. Furman*
April 17, 2014

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com  www.outtengolden.com