# Exhibit D


# ELLEN GRAUER
## COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

Billed To: Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130160AV | 8/7/2013 | 10649HW | 7/10/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
| ||||
| Witness ||||
| Anjum Ali ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 226 | $1,186.50 |
| Reporter's Appearance (am & pm & evening) | $225.00 | 1 | $225.00 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| PM pages | $1.95 | 15 | $29.25 |
| Immediate Rough ASCII | $1.50 | 226 | $339.00 |
| Exhibits | $32.00 | 1 | $32.00 |
| Sub-Total | | | $1,811.75 |
| Payments | | | $1,811.75 |
| **Total Due** | | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

| | | | |
|---|---|---|---|
| Job No. | 10649HW | Case No. | |
| Case Name | Saleem vs. CTG | | |
| Invoice No. | 20130160AV | Invoice Date | 8/7/2013 |
| Total Due | $0.00 | | |

**PAYMENT WITH CREDIT CARD**   VISA  MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130690AV | 9/30/2013 | 11172HW | 8/29/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
|  ||||
| Witness ||||
| Jairo Bautista & Anwar Bhatti ||||
| Payment Terms ||||
| Due upon receipt ||||

Billed To: Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

| Description | Quan | Total |
|---|---|---|
| Original + 1 Daily Certified Deposition(Jairo) | 126 | $1,203.30 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Exhibits | 1 | $75.00 |
| Delivery | 1 | $23.00 |
| Original + 1 Daily Certified Deposition(Anwar) | 25 | $238.75 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Sub-Total | | $1,690.05 |
| Payments | | $1,690.05 |
| **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 11172HW  Case No.
Case Name  Saleem vs. CTG
Invoice No. 20130690AV  Invoice Date 9/30/2013
Total Due  $0.00

**PAYMENT WITH CREDIT CARD**  VISA  MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130215AV | 8/12/2013 | 10744HW | 7/25/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
|  ||||
| Witness ||||
| Anwar Bhatti ||||
| Payment Terms ||||
| Due upon receipt ||||

Billed To: Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 264 | $1,386.00 |
| Reporter's Appearance (am & pm & evening) | $225.00 | 1 | $225.00 |
| PM pages | $1.95 | 65 | $126.75 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| Immediate Rough ASCII | $1.50 | 264 | $396.00 |
| | Sub-Total | | $2,133.75 |
| | Payments | | $2,133.75 |
| | **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Job No. 10744HW  Case No.
Case Name  Saleem vs. CTG

Invoice No. 20130215AV  Invoice Date 8/12/2013
Total Due  $0.00

Remit To:  Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

**PAYMENT WITH CREDIT CARD**  VISA  MasterCard
Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Federal Tax Id #: 42-1650856



# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130535AV | 9/19/2013 | 11095HW | 9/4/2013 |

| Case Caption |
|---|
| Saleem vs. CTG |

| Case # |
|---|
| |

| Witness |
|---|
| Marlene Pinedo & Jamshed Choudhary |

| Payment Terms |
|---|
| Due upon receipt |

126 East 56th Street, Fifth Floor  
New York, New York 10022  
Tel: 212-750-6434  
Fax: 212-750-1097

Billed To: Margaret C. Thering  
Epstein, Becker & Green**  
250 Park Avenue, 14th Floor  
New York, NY 10177

| Description | Quan | Total |
|---|---|---|
| Original+1Certified  2 Day Deposition(Marlene) | 77 | $689.15 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Exhibits | 1 | $10.00 |
| Delivery | 1 | $23.00 |
| Original+1Certified  2Day Deposition(Jamshed) | 100 | $895.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Sub-Total | | $1,767.15 |
| Payments | | $1,767.15 |
| **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering  
Epstein, Becker & Green**  
250 Park Avenue, 14th Floor  
New York, NY 10177

Remit To: Ellen Grauer Court Reporting  
126 East 56th Street, Fifth Floor  
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 11095HW   Case No.  
Case Name  Saleem vs. CTG  
Invoice No.  20130535AV   Invoice Date  9/19/2013  
Total Due  $0.00

**PAYMENT WITH CREDIT CARD**    VISA  MasterCard  
Card Holder's Name ___  
VISA/MasterCard #: ___  
Exp. Date: ___   Phone #: ___  
Billing Address: ___  
Zip: ___   Card Security Code: ___  
Amount to Charge: ___  
Cardholder's Signature: ___



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

Billed To: Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130854AV | 10/23/2013 | 11687HW | 10/7/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
| ||||
| Witness ||||
| Anwar Choudhury ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 145 | $761.25 |
| Reporter's Appearance (pm) | 1 | $75.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Delivery | 1 | $23.00 |
| Exhibits | 1 | $22.00 |
| Sub-Total | | $881.25 |
| Payments | | $881.25 |
| **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 11687HW   Case No.
Case Name  Saleem vs. CTG
Invoice No. 20130854AV   Invoice Date  10/23/2013
Total Due  $0.00

**PAYMENT WITH CREDIT CARD**   VISA  MasterCard
Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____


## ELLEN GRAUER
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor   Tel: 212-750-6434
New York, New York 10022   Fax: 212-750-1097

Billed To: Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130523AV | 9/19/2013 | 11149HW | 8/27/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
|  ||||
| Witness ||||
| Avneet Koura & Jose M. Solorzano ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Quan | Total |
|---|---|---|
| Original + 1 Daily Certified Deposition(Jose) | 131 | $1,251.05 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Delivery | 1 | $23.00 |
| Exhibits(JJose) | 1 | $50.00 |
| Original + 1 Daily Certified Deposition(Avneet) | 135 | $1,289.25 |
|  | Sub-Total | $2,763.30 |
|  | Payments | $2,763.30 |
|  | **Total Due** | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 11149HW   Case No.
Case Name Saleem vs. CTG
Invoice No. 20130523AV   Invoice Date 9/19/2013
Total Due $0.00

**PAYMENT WITH CREDIT CARD**   VISA MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor     Tel: 212-750-6434
New York, New York 10022     Fax: 212-750-1097

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130530AV | 9/19/2013 | 11188HW | 8/30/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
|  ||||
| Witness ||||
| Luis Perez ||||
| Payment Terms ||||
| Due upon receipt ||||

Billed To: Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

| Description | Quan | Total |
|---|---|---|
| Original + 1 Daily Certified Deposition | 125 | $1,193.75 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Sub-Total | | $1,343.75 |
| Payments | | $1,343.75 |
| **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Job No. 11188HW    Case No.
Case Name    Saleem vs. CTG
Invoice No.    20130530AV    Invoice Date    9/19/2013
**Total Due**    **$0.00**

Remit To:    Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

**PAYMENT WITH CREDIT CARD**    VISA MasterCard
Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Federal Tax Id #: 42-1650856



## ELLEN GRAUER
### COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

Billed To: Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130264AV | 8/21/2013 | 10692HW | 7/18/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
| ||||
| Witness ||||
| Mazhar Saleem ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 176 | $924.00 |
| Reporter's Appearance (am & pm) | $150.00 | 1 | $150.00 |
| Immediate Rough ASCII | $1.50 | 176 | $264.00 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| Delivery | $23.00 | 1 | $23.00 |
| Exhibits | $60.00 | 1 | $60.00 |
| | Sub-Total | | $1,421.00 |
| | Payments | | $1,421.00 |
| | **Total Due** | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 10692HW   Case No.
Case Name  Saleem vs. CTG

Invoice No.  20130264AV   Invoice Date  8/21/2013
Total Due  $0.00

**PAYMENT WITH CREDIT CARD**  VISA  MasterCard

Card Holder's Name  _____
VISA/MasterCard #:  _____
Exp. Date:  _____  Phone #:  _____
Billing Address:  _____
Zip:  _____  Card Security Code:  _____
Amount to Charge:  _____
Cardholder's Signature:



# ELLEN GRAUER
## COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

Billed To: Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130255AV | 8/20/2013 | 10650HW | 7/16/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
| ||||
| Witness ||||
| Mohammad Siddiqui ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 232 | $1,218.00 |
| Reporter's Appearance (am & pm & evening) | $225.00 | 1 | $225.00 |
| PM pages | $1.95 | 22 | $42.90 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| Immediate Rough ASCII | $1.50 | 232 | $348.00 |
| Exhibits | $39.00 | 1 | $39.00 |
| Delivery | $23.00 | 1 | $23.00 |
| Sub-Total | | | $1,895.90 |
| Payments | | | $1,895.90 |
| **Total Due** | | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

*Please detach bottom portion and return with payment.*

Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No. 10650HW  Case No.
Case Name  Saleem vs. CTG
Invoice No. 20130255AV  Invoice Date 8/20/2013
Total Due  $0.00

PAYMENT WITH CREDIT CARD  VISA  MasterCard
Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130367AV | 9/5/2013 | 10843HW | 8/5/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
|  ||||
| Witness ||||
| Mohammad Siddiqui ||||
| Payment Terms ||||
| Due upon receipt ||||

Billed To:  Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

| Description | Each | Quan | Total |
|---|---|---|---|
| Reporter's Appearance (pm & evening) | $150.00 | 1 | $150.00 |
| Original + 1 Certified Deposition | $5.25 | 162 | $850.50 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| PM pages | $1.95 | 37 | $72.15 |
| Exhibits | $130.00 | 1 | $130.00 |
| Delivery | $23.00 | 1 | $23.00 |
| Interest Overpaid | $122.57 | 1 | $122.57 |
| Sub-Total | | | $1,348.22 |
| Payments | | | $1,348.22 |
| **Total Due** | | | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Job No.  10843HW  Case No.
Case Name  Saleem vs. CTG

Invoice No.  20130367AV  Invoice Date  9/5/2013
Total Due  $0.00

Remit To:  Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

**PAYMENT WITH CREDIT CARD**  VISA  MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Federal Tax Id #: 42-1650856



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor   Tel: 212-750-6434
New York, New York 10022            Fax: 212-750-1097

## Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130180AV | 8/7/2013 | 10651HW | 7/17/2013 |
| Case Caption ||||
| Saleem vs. CTG ||||
| Case # ||||
| ||||
| Witness ||||
| Jagjit Singh ||||
| Payment Terms ||||
| Due upon receipt ||||

Billed To: Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 163 | $855.75 |
| Reporter's Appearance (am & pm) | $150.00 | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| Exhibits | $52.00 | 1 | $52.00 |
| Immediate Rough ASCII | $1.50 | 163 | $244.50 |
| Delivery | $23.00 | 1 | $23.00 |
| | | Sub-Total | $1,325.25 |
| | | Payments | $1,325.25 |
| | | **Total Due** | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Evan J. Spelfogel
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Job No.    10651HW       Case No.
Case Name  Saleem vs. CTG

Invoice No.  20130180AV   Invoice Date  8/7/2013
Total Due    $0.00

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

**PAYMENT WITH CREDIT CARD**   VISA  MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# ELLEN GRAUER
## COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  Tel: 212-750-6434
New York, New York 10022  Fax: 212-750-1097

Billed To: Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130492AV | 9/17/2013 | 11091HW | 8/20/2013 |
| Case Caption ||||
| Singh vs. Corporate Transportation Group ||||
| Case # ||||
|  ||||
| Witness ||||
| Miriam Solorzano & Malook Singh ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Quan | Total |
|---|---|---|
| Original+1Expedited Certified Deposition(Miriam) | 131 | $1,120.05 |
| Original+1Expedited Certified Deposition(Malook) | 107 | $914.85 |
| Reporter's Appearance (am & pm & evening) | 1 | $225.00 |
| PM pages | 24 | $46.80 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Exhibits | 1 | $94.00 |
| Delivery | 1 | $23.00 |
|  | Sub-Total | $2,423.70 |
|  | Payments | $2,423.70 |
|  | **Total Due** | **$0.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email earisty@ellengrauer.com or call 877.727.4230

Notes:

*This is a message that I can customize myself through the Configuration area of the software!*

---

*Please detach bottom portion and return with payment.*

Margaret C. Thering
Epstein, Becker & Green**
250 Park Avenue, 14th Floor
New York, NY 10177

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

Federal Tax Id #: 42-1650856

Job No.  11091HW  Case No.
Case Name  Singh vs. Corporate Transportation Group
Invoice No.  20130492AV  Invoice Date  9/17/2013
Total Due  $0.00

**PAYMENT WITH CREDIT CARD**  VISA  MasterCard

Card Holder's Name  _____
VISA/MasterCard #:  _____
Exp. Date: _____  Phone #: _____
Billing Address:  _____
Zip: _____  Card Security Code: _____
Amount to Charge:  _____
Cardholder's Signature:  _____